# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

SILVERIO PEREZ-LUNA (9),

        Defendant.

CASE NO. 73CR15555-L

**JUDGMENT OF DISMISSAL**

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

**XX** the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

**XX** of the offense(s) as charged in the Indictment:

    18:751 - ESCAPE

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: MAY 2, 2011

M. JAMES LORENZ
UNITED STATES DISTRICT JUDGE